The People of the State of New York ex rel. Robert Lefferts, Respondent, *v.* George B. McClellan et al., Composing the Board of Estimate and Apportionment of the City of New York, Appellants.

*People ex rel. Lefferts* v. *McClellan*, 92 App. Div. 614, affirmed.
(Argued April 27, 1904; decided May 17, 1904.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1904, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to act on a resolution for a local improvement.

*John J. Delany, Corporation Counsel (James D. Bell* of counsel), for appellants.

*George E. Waldo* and *De Witt V. D. Reilley* for respondent.

Order affirmed, with costs; no opinion.

Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Vann and Werner, JJ.